RECEIVED
IN LAKE CHARLES, LA

APR 23 2007
*pam*
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ROBERT E. PATRICK | : | DOCKET NO.  06-2102 |
| VS. | : | JUDGE MINALDI |
| BERNARD H. MCLAUGHLIN, JR., ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

IT IS ORDERED that plaintiff's motion to remand [doc. # 11] be, and it is hereby GRANTED.  The cause is remanded to the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court certify a copy of this judgment, and forward the same to the Clerk of the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE